ACCEPTED
11-17-00157-CR
ELEVENTH COURT OF APPEALS
EASTLAND, TEXAS
6/15/2017 11:32:44 AM
SHERRY WILLIAMSON
CLERK

## No. 11-17-0157-CR

IN THE COURT OF APPEALS
FOR THE ELEVENTH DISTRICT OF TEXAS

FILED IN
11th COURT OF APPEALS
EASTLAND, TEXAS
06/15/17 11:32:44 AM
SHERRY WILLIAMSON
Clerk

## LOUIS DEWAYNE FELKINS

*Appellant,*

**v.**

## STATE OF TEXAS

*Appellee.*

ON APPEAL FROM THE COUNTY COURT OF LAW #2
OF ECTOR COUNTY, TEXAS
CAUSE NO. 16-2113-CCL2

## APPELLANT'S MOTION FOR EXTENSION OF TIME
## TO FILE NOTICE OF APPEAL

D. Bret Mansur
State Bar Number 24086381
2817 J.B.S. Parkway, Suite E-5
Odessa, Texas 79762
Telephone: (432) 530-4765
Email: bretmansur@gmail.com

**Attorney on Appeal for Appellant**

Appellant's Motion for Extension of Time to File Notice of Appeal

| STATE OF TEXAS | § | IN THE |
| | § | |
| VS. | § | ELEVENTH COURT |
| | § | |
| LOUIS DEWAYNE FELKINS | § | OF APPEALS |

### MOTION TO EXTEND TIME TO FILE APPELLANT'S NOTICE OF APPEAL

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Louis Dewayne Felkins, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's notice of appeal, pursuant to Rule 26.3 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. Appellant seeks to appeal from a jury verdict in the County Court at Law #2 of Ector County, Texas.

2. The case below was styled the STATE OF TEXAS vs. Louis Dewayne Felkins, and numbered 16-2113-CCL2.

3. Appellant was convicted of Deadly Conduct.

4. Appellant was convicted by a jury on May 2, 2017 and judgment was

entered by the Honorable Scott Layh on May 2, 2017. Appellant was assessed a sentence of one (1) year on May 2, 2017.

5.     Deadline for Appellant's notice of appeal was June 1, 2017.

5.     Notice of appeal was given on June 14, 2017.

6.     At the conclusion of the jury trial on May 2, 2017, Appellant was sentenced in accordance with the jury's verdict and remanded to the custody of the Sheriff of Ector County, Texas, for execution of the sentence.

7.     The Trial Court, Honorable Judge Scott Layh, did not provide Appellant with notice of his appellate rights, or provide notice to Appellant of the deadline for filing a notice of appeal.

8.     Appellant's court-appointed trial counsel, Richard Abalos, also failed to discuss Appellant's appellate rights or the deadline for filing a notice of appeal.

9. Appellant was denied access to the law library at the Ector County Law Enforcement Center six times over the course of 30 days after Appellant's incarceration in order that Appellant could research his appellate rights and notice deadlines on his own accord.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Notice of Appeal, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Bret Mansur
2817 JBS Parkway, Suite E-5
Odessa, Texas 79762
Tel: (432) 530-4765
Fax: (432) 362-2456

By: _____
Bret Mansur
State Bar No. 24086381
bretmansur@gmail.com
Attorney for Louis Dewayne Felkins

## CERTIFICATE OF SERVICE

This is to certify that on June 15, 2017, a true and correct copy of the above and foregoing document was served on the County Attorney's Office, Ector County, Odessa, Texas, by fax to (432) 498-4154.

_____
Bret Mansur

**STATE OF TEXAS**          §
         §
**COUNTY OF ECTOR**       §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Bret Mansur, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion to Extend Time to File Appellant's Notice of Appeal and swear that all of the allegations of fact contained therein are true and correct."



_____
Bret Mansur
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on June 15, 2017, to certify which witness my hand and seal of office.

GERALDYN FOX
Notary Public, State of Texas
My Commission Expires
July 14, 2019

_____
Notary Public, State of Texas

Appellant's Motion for Extension of Time to File Notice of Appeal

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing Motion consists of 6312 words and is typed in 14-point Times New Roman Font.

Bret Mansur
Attorney for Appellant
Louis Dewayne Felkins